# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELUTHA H. KING, individually and as the Executor of the Estate of Cecil C. Keck and of the Estate of Mabel W. Keck, LOIS W. KING, RONALD H. LOVING, and KRISTIE L. TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>KOVACK SECURITIES, INC. and BRIAN KOVACK,<br><br>Defendants. | Case No.<br><br>1:18-cv-04079-SCJ |

## JOINT MOTION FOR AMENDED SCHEDULING ORDER

Plaintiffs Delutha H. King, individually and as the Executor of the Estate of Cecil C. Keck and of the Estate of Mabel W. Keck, Lois W. King, Ronald H. Loving, and Kristie L. Taylor (collectively "Plaintiffs") and Defendants Kovack Securities, Inc. and Brian Kovack (collectively "Defendants") respectfully request that the Court enter an Amended Scheduling Order providing the Parties with a three month expert discovery period following the four month fact discovery period set forth in the Court's Scheduling Order (Doc. 23). In support of this Joint Motion, the Parties show the Court as follows:

1. On December 7, 2018, the Court entered a Scheduling Order assigning this case to a four (4) month discovery track. (Doc. 23.)

2. Pursuant to the Court's Scheduling Order and the Local Rules, the discovery period begins on August 12, 2020 and ends on December 14, 2020.

3. Following this Court's Order on Defendants' Motion to Dismiss (Doc. 44), the Parties held a supplemental discovery planning conference.

4. During this planning conference, both Parties acknowledged that they each contemplate retaining one or more expert witnesses to provide testimony at trial.

5. The Parties further discussed that these experts' opinions would likely be based on the documents and information disclosed during the four month factual discovery period. For this reason, the Parties do not believe that they can efficiently disclose expert witnesses and prepare the expert reports required by Fed. R. Civ. P. 26(a)(2) until the end of the factual discovery period.

6. Moreover, even if the Parties were able to disclose expert witnesses during the four month discovery period, the Parties do not believe that the current four month discovery period is sufficient to complete both factual discovery and expert discovery simultaneously, especially given ongoing challenges presented by the COVID-19 pandemic.

7. Based on the foregoing, the Parties believe that this action can be most efficiently prosecuted by the inclusion of a three month expert discovery period following the four month factual discovery period.

8. Accordingly, the Parties respectfully request that the Court amend its prior Scheduling Order to provide the Parties with a three month discovery period with the following deadlines:

| Event | Deadline |
|---|---|
| Expert Discovery Period Begins | December 14, 2020 |
| Disclosure of affirmative expert witnesses and service of expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | December 14, 2020 |
| Deadline for deposing affirmative expert witnesses | January 28, 2021 |
| Deadline for disclosure of rebuttal expert witnesses and service of expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | February 11, 2021 |
| Deadline for deposing rebuttal expert witnesses | March 14, 2021 |
| Expert Discovery Period Ends | March 14, 2021 |

9. Good cause exists for the requested amendment to the Court's Scheduling Order because the Parties believe that the three month expert discovery period is necessary for the parties to efficiently complete discovery and prepare this case for trial.

WHEREFORE, the Parties respectfully request that the Court enter an Amended Scheduling Order providing for a three month expert discovery period following the fact discovery period. A proposed order granting this relief is attached.

Respectfully submitted this 23rd day of July, 2020.

| **HUNGELING RUBENFIELD LAW** | **PARKER, HUDSON, RAINER & DOBBS LLP** |
|---|---|
| /s/ Adam S. Rubenfield (by express permission) <br> David J. Hungeling <br> Georgia State Bar No. 378417 <br> Adam S. Rubenfield <br> Georgia State Bar No. 419033 <br> Peachtree 25th, Suite 599 <br> 1718 Peachtree Street <br> Atlanta, Georgia 30309 <br> Tel: (404) 574-2466 <br> Fax: (404) 574-2467 <br> david@hungelinglaw.com <br> adam@hungelinglaw.com | /s/ G. Wayne Hillis, Jr. <br> G. Wayne Hillis, Jr. <br> Georgia Bar No. 354090 <br> Justin P. Gunter <br> Georgia Bar No. 969468 <br> 303 Peachtree Street, N.E. <br> Suite 3600 <br> Atlanta, Georgia 30308 <br> Tel: 404-523-5300 <br> Fax: 404-522-8409 <br> gwh@phrd.com <br> jgunter@phrd.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing **JOINT MOTION FOR AMENDED SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>David J. Hungeling
>Adam S. Rubenfield
>Peachtree 25th, Suite 599
>1718 Peachtree Street
>Atlanta, Georgia 30309
>david@hungelinglaw.com
>adam@hungelinglaw.com

This 23rd day of July, 2020.

>/s/ Justin P. Gunter
>Justin P. Gunter